**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Petitioner,

          -against-

JESUS MIGUEL MATOS,

                        Respondent.
-------------------------------------------------------------X

25  **CIVIL** 3662 (JPO)
18  **CR.** 327 (JPO)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 13, 2026, Matos's motion under 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence is denied; accordingly, the case is closed.

**DATED:** New York, New York
         March 16, 2026

**TAMMI M. HELLWIG**
_____
       **Clerk of Court**

**BY:** _____
       **Deputy Clerk**